JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY BARNER,<br><br>          Plaintiffs,<br><br>   v.<br><br>LOWE'S HOME IMPROVEMENT, et al.,<br><br>          Defendants. | Case No. CV 15-4944-GW(JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: March 15, 2016                          BY THE COURT

                                                       _____
                                                       HONORABLE GEORGE H. WU
                                                       UNITED STATES DISTRICT JUDGE